UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 2:25-cr-226-KCD-NPM

EVENS EMMANUEL BONHEUR

**UNITED STATES' NOTICE OF TRANSPORT STATUS**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby provides notice to the Court of the defendant's status of transport to the hospitalization facility for restoration under 18 U.S.C. § 4241(d).

**Procedural Background**

1. On October 29, 2025, the defendant was charged by Indictment (Doc. 3) with a total of seven counts. Counts One, Two, and Three charge the defendant with Distribution of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(c)(1)(C). Counts Four and Five charge the defendant with Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(c)(1)(B). Count Six charges the defendant with Possession with Intent to Distribute Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(c)(1)(C). Count Seven charges the defendant with Using and Carrying a Firearm During and in Relation to and in Furtherance of a Drug Trafficking Crime in violation of 18 U.S.C. § 924(c)(1)(A)(i). If convicted on the charges as alleged in the current Indictment, Bonheur faces a minimum of ten years incarceration.

2. On November 24, 2025, the court held a detention hearing and ordered the defendant detained. Doc. 11. The defendant then waived formal reading of the Indictment and entered a plea of not guilty. *Id.*

3. On February 5, 2026, the defendant filed an unopposed motion to determine competency pursuant to 18 U.S.C. § 4241(a) and (b). Doc. 27. On February 9, 2026, the Court granted the unopposed motion to determine competency and directed the Bureau of Prisons (BOP) to conduct a mental-health examination of the defendant pursuant to the provisions of section 4247(b) and (c). Doc. 28.

4. On May 20, 2026, after receiving the report from the BOP regarding the forensic evaluation of Mr. Bonheur, the court held a competency hearing where the parties agreed that the defendant be committed to the custody of the Attorney General to be evaluated for a period of up to four months to determine if his competency can be restored. Doc. 42. The court found "that Bonheur's mental illness significantly interfere[d] with his ability to properly assist counsel in his defense and recommend[ed] that [he] be committed to a Federal Medical Center for restoration to competency under 18 U.S.C. § 4241(d).

**Status of Transport to the Designated Facility**

5. As of September 21, 2026, correspondence with the United States Marshal Service (USMS) indicated that the defendant has not yet been transported to the assigned BOP facility, FMC Butner, because a bed is not yet available for him, but is number 19 on the list to be transported to the facility for hospitalization.

6. On September 21, 2026, the United States received correspondence from

Dia Brannen, Ph.D., ABPP, Chief of the Psychological Evaluations Section of the BOP, stating that the defendant has been designated to FMC Butner, awaiting a bed to become available, and is expected to be admitted no later than mid-November 2026. *See* Attachment A.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ *Mark R. Morgan*
Mark R. Morgan
Assistant United States Attorney
United States Attorney No. 206
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: mark.morgan@usdoj.gov

**U.S. v. Evens Emmanuel Bonheur** **Case No. 2:25-cr-226-KCD-NPM**

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Michael Leeman, Attorney for the Defendant

*/s/ Mark R. Morgan*
Mark R. Morgan
Assistant United States Attorney
United States Attorney No. 206
2110 First Street, Suite 3-137
Ft. Myers, Florida 33901
Telephone: (239) 461-2200
Facsimile: (239) 461-2219
E-mail: mark.morgan@usdoj.gov